NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, RESPONDENT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., APPELLANTS.

Submitted March 25, 1918—Decided May 3, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 432.

For the respondent, *Collins & Corbin.*

For the appellants, *Randal B. Lewis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    11.

*For reversal*—None.